| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Matthew Follett (SBN 325481) <br> mfollett@FoxRothschild.com <br> Fox Rothschild LLP, 10250 Constellation Blvd, Suite 900 <br> Los Angeles, CA 90067 <br> Telephone: (310) 598-4150 | |
| ATTORNEY(S) FOR: | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association, <br> Plaintiff(s), <br> v. <br> NINESQUARE CAPITAL PARTNERS, LLC, a California LLC; BRIAN LAM, an individual; and DOES 1 through 10, inclusive. <br> Defendant(s) | CASE NUMBER: <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff Wells Fargo Bank, N.A._ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| 1. Wells Fargo Bank, N.A. | 1. Plaintiff |
| 2. NINESQUARE CAPITAL PARTNERS, LLC | 2. Defendant |
| 4. BRIAN LAM | 4. Defendant |

| | |
|---|---|
| February 24, 2022 | /s/Matthew Follett |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Wells Fargo Bank, N.A.