# EXHIBIT C

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # |
|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20210423 | 0000000482 | ▉ | ▉0719 | - | 67,000.00 | 003331589656 |

Return Reason : Alter/Fictitious
Decision description : CHARGE BACK



TOM WATTS
314 S FRANKLIN STREET
TITUSVILLE, PA, 16354

TEXAS CAPITAL BANK
SUITE 800
RICHARDSON, TX, 75082

48210

04/23/2021

Pay To The Order Of   NINESQUARE CAPITAL PARTNERS LLC   $67,000.00

Pay Exactly  Sixty Seven Thousand Dollars 00 Cents

Customer authorization obtained:   04/23/2021

SIGNATURE NOT REQUIRED

Memo   PAYMENT

Payment has been authorized by the depositor.
Payee to hold you harmless for payment of this document.
This document shall be deposited only to credit of payee.
Absence of endorsement is guaranteed by payee's bank.

048210



Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

file:///C:/Users/a910071/AppData/Local/Temp/3PEQ9JXJ.htm

5/25/2021

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # |
|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20210423 | 0000000010 | | 0719 | - | 95,000.00 | 003332462497 |

Return Reason : NSF-Insuf Funds
Decision description : RECLEAR



WYTCOTE WYTCOTE
938 18TH STREET
SANTA MONICA, CA, 90403

BANK OF AMERICA N.A.
P.O. BOX 27025
RICHMOND, VA, 23261-7025

1067

04/23/2021

Pay To The Order Of: NINESQUARE CAPITAL PARTNERS LLC

$95,000.00

Pay Exactly Ninety Five Thousand Dollars 00 Cents

Customer authorization obtained: 04/23/2021

SIGNATURE NOT REQUIRED

Payment has been authorized by the depositor.
Payee to hold you harmless for payment of this document.
This document shall be deposited only to credit of payee.
Absence of endorsement is guaranteed by payee's bank.

Memo: NINESQUARE

001067



Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # |
|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20210423 | 0000000010 | ▇▇▇ | ▇▇▇0719 | - | 95,000.00 | 003331601511 |

Return Reason : NSF 2nd Time
Decision description : CHARGE BACK



WYTCOTE WYTCOTE
938 18TH STREET
SANTA MONICA, CA, 90403

BANK OF AMERICA N.A.
P.O. BOX 27025
RICHMOND, VA, 23261-7025

1067

04/23/2021

Pay To The Order Of   NINESQUARE CAPITAL PARTNERS LLC          $95,000.00

Pay Exactly  Ninety Five Thousand Dollars 00 Cents //////////////////////////////////////////

Customer authorization obtained:   04/23/2021

SIGNATURE NOT REQUIRED

Payment has been authorized by the depositor.
Payee to hold you harmless for payment of this document.
This document shall be deposited only to credit of payee.
Absence of endorsement is guaranteed by payee's bank.

Memo   NINESQUARE

001067



Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

file:///C:/Users/a910071/AppData/Local/Temp/3PEQ9JXJ.htm                5/25/2021

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # |
|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20210426 | 0000000010 | | 0719 | - | 70,000.00 | 003333458432 |

Return Reason : NSF 2nd Time
Decision description : CHARGE BACK





Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

file:///C:/Users/a910071/AppData/Local/Temp/3PEQ9JXJ.htm          5/25/2021

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # |
|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20210426 | 0000000010 | | 0719 | - | 70,000.00 | 003331593435 |

Return Reason : NSF-Insuf Funds
Decision description : RECLEAR



WYTCOTE WYTCOTE
938 18TH STREET
SANTA MONICA, CA, 90403

BANK OF AMERICA N.A.
P.O. BOX 27025
RICHMOND, VA, 23261-7025

1071

04/26/2021

Pay To The Order Of  NINESQUARE CAPITAL PARTNERS LLC    $70,000.00

Pay Exactly  Seventy Thousand Dollars 00 Cents

Customer authorization obtained:   04/26/2021

SIGNATURE NOT REQUIRED
Payment has been authorized by the depositor.
Payee to hold you harmless for payment of this document.
This document shall be deposited only to credit of payee.
Absence of endorsement is guaranteed by payee's bank.

Memo  NINESQUARE

001071



Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

file:///C:/Users/a910071/AppData/Local/Temp/3PEQ9JXJ.htm                    5/25/2021

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # |
|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20210426 | 0000001072 | | 0719 | - | 80,000.00 | 003331593434 |

Return Reason : NSF-Insuf Funds
Decision description : RECLEAR



WYTCOTE WYTCOTE
938 18TH STREET
SANTA MONICA, CA, 90403

BANK OF AMERICA N.A.
P.O. BOX 27025
RICHMOND, VA, 23261-7025

1072

04/26/2021

Pay To The Order Of  NINESQUARE CAPITAL PARTNERS LLC      $80,000.00

Pay Exactly Eighty Thousand Dollars 00 Cents

Customer authorization obtained:   04/26/2021

SIGNATURE NOT REQUIRED

Payment has been authorized by the depositor.
Payee to hold you harmless for payment of this document.
This document shall be deposited only to credit of payee.
Absence of endorsement is guaranteed by payee's bank.

Memo  NINESQUARE

001072



Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

file:///C:/Users/a910071/AppData/Local/Temp/3PEQ9JXJ.htm                               5/25/2021

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Ca |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20210426 | 0000000010 | ▇▇▇ | ▇▇▇0719 | - | 80,000.00 | 003331617651 | |

Return Reason : NSF 2nd Time
Decision description : CHARGE BACK





Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

file:///C:/Users/a910071/AppData/Local/Temp/3PEQ9JXJ.htm                    5/25/2021