# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br>         Plaintiff,<br><br>     v.<br><br>NINESQUARE CAPITAL PARTNERS, LLC *et al.*,<br><br>         Defendants. | Case No.: 2:22-cv-01277-FWS-AS<br><br>**JUDGMENT**<br><br>**HON. FRED W. SLAUGHTER** |

On October 6, 2023, the court granted in part and denied in part Plaintiff Wells Fargo Bank, N.A.'s Motion for Default Judgment against Defendants Ninesquare Capital Partners, LLC and Brian Lam. (Dkt. 41.) After Plaintiff Wells Fargo Bank, N.A. submitted supplemental briefing regarding its attorneys' fees and costs, (Dkt. 42), the court also granted in part and denied in part Plaintiff Wells Fargo Bank, N.A.'s request for attorneys' fees and costs and awarded Plaintiff Wells Fargo Bank, N.A. $10,753.60 in attorneys' fees. (Dkt. 43.) Accordingly, based on the record, as applied to the applicable law, the court **ORDERS** the following:

1. Judgment is **GRANTED** in favor of Plaintiff Wells Fargo Bank, N.A. against Defendants Ninesquare Capital Partners, LLC and Brian Lam.

2. Judgment is **GRANTED** in favor of Plaintiff Wells Fargo Bank, N.A. and against Defendant Ninesquare Capital Partners, LLC for $59,335.34 in damages, $11,769.33 in prejudgment interest, and $10,753.60 in attorney's fees.

**IT IS SO ORDERED**.

Dated: January 5, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

**JUDGMENT**

152930110.1